WILLIAM A. WHARTON vs. JOHN BARRY.

*Motion by defendant to change venue.*

R. J. HILTON, *Defts Counsel.*      A. BECKER, *Defts Atty.*

J. DAVIS, *Plffs Counsel.*      O. H. CHITTENDEN, *Plffs Atty*

Denied with costs, on a defective affidavit of merits. That part of the affidavit is as follows: " the defendant has a good substantial defence therein upon the merits, as he is advised by the counsel above named, and verily *believed* to be true." The word *believed* should be *believes*. Plaintiff's counsel alleged the same point had before been decided by Judge Cowen.